IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,        )  | |
|               Plaintiff,        ) | |
| vs.        ) | Case No. 10-CR-30170-MJR |
| JOHN M. HARDIMON, doing business        )<br>as Hardimon Chiropractic Center, and        )<br>also doing business as Hardimon        )<br>Chiropractic and Physical Therapy,        ) | |
|               Defendant.        ) | |

MEMORANDUM AND ORDER

REAGAN, District Judge:

      On October 19, 2010, John M. Hardimon waived indictment and pled guilty to a 15-count information in the above-captioned case. The undersigned Judge accepted Hardimon's plea, adjudged Hardimon guilty, scheduled sentencing for January 28, 2011, and released Hardimon on bond pending sentencing.

      Six weeks later, Hardimon moved to withdraw his guilty plea, asserting that it was neither knowing nor voluntary. The Court set a briefing schedule and hearing on Hardimon's motion (*see* Docs. 17, 19). That schedule was adjusted when the Court denied a motion to continue the sentencing and related deadlines (*see* Doc. 24).

      On January 5, 2011, attorneys Drey Cooley and Sanford Boxerman (and the law firm of Capes, Sokol, Goodman & Sarachan, P.C.) moved to withdraw as Hardimon's counsel, attesting that circumstances had "resulted in a complete breakdown in the attorney-client relationship" (*see* Doc. 28). The undersigned Judge heard the motion to

withdraw as counsel in open Court on January 11, 2011.  At the conclusion of the hearing, the Court ruled as follows.

- The January 5, 2011 motion (Doc. 28) is **GRANTED IN PART** and **RESERVED IN PART**.  The Court **WILL RELIEVE** attorneys Cooley and Boxerman, as well as attorney Gary Sarachan (who was admitted pro hac vice herein) and the law firm of Capes, Sokol, et al., from further representation of Defendant Hardimon herein.  The Clerk's Office will *not reflect that withdrawal at this time*, however, but will wait until new counsel has entered on behalf of Defendant Hardimon.   As soon as new defense counsel enters, the Court will allow current defense counsel to withdraw, will clear Doc. 28 (and may set a telephone status conference with all counsel of record).

- The Court **ADJUSTS THE BRIEFING SCHEDULE** on Hardimon's pending motion to withdraw guilty plea (Doc. 16) also.  The Government already has prepared its response to Doc. 16 and intends to file it in accord with the existing schedule (on or before January 12, 2011).  **Defendant Hardimon's reply brief**, if any, must be filed no later than February 21, 2011.  The Court **RE-SETS THE HEARING** on Doc. 16 for 10:15 am on Friday March 4, 2011.  (For planning purposes, the Court advises counsel that the hearing must conclude no later than 12:00 pm that day.)  If the motion to withdraw plea (Doc. 16) is denied, **SENTENCING will proceed** at 1:00 pm on Friday, March 18, 2011.

    IT IS SO ORDERED.

    DATED January 11, 2011.

                                                s/ *Michael J. Reagan*
                                                Michael J. Reagan
                                                United States District Judge