IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 10-CR-30170-MJR |
| ) | |
| JOHN M. HARDIMON ) | |
| (BOP Register # 08851-025), ) | |
| ) | |
| Defendant. ) | |

**ORDER CONTINUING DEFENDANT'S
DATE TO REPORT TO BUREAU OF PRISONS**

REAGAN, District Judge:

On March 24, 2011, the undersigned Judge sentenced Defendant Hardimon to a 70-month term of imprisonment (on each of 15 counts, with the sentences running concurrently), a $1500 special assessment ($100 on each of 15 counts), and 3 years of supervised release. The Court deferred a determination on restitution and has set a hearing to resolve those issues, in accord with the Mandatory Victims Restitution Act, 18 U.S.C. § 3664(d). **The restitution hearing is set June 10, 2011.**

At the conclusion of his sentencing hearing, Defendant Hardimon was permitted to remain on bond pending designation to a federal prison facility, and he was ordered to voluntarily surrender as notified by the United States Marshals Service. Hardimon currently is scheduled to report to the Bureau of Prisons – specifically, to FPC-Marion in Marion, Illinois – on May 10, 2011. However, Hardimon's presence is required at the June 10, 2011 restitution hearing before the undersigned Judge.

Counsel raised this issue in open Court at the April 15, 2011 hearing on a motion to approve property sale in this case. The undersigned Judge agreed that Defendant should be given an extension of time to report.

Accordingly, finding good cause, the Court **EXTENDS** Defendant Hardimon's BOP report date from May 10, 2011 to **June 17, 2011 or thereafter**.

IT IS SO ORDERED.

DATED April 20, 2011.

> s/ Michael J. Reagan  
> Michael J. Reagan  
> United States District Judge